■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE STOKES, Appellant. [774 NYS2d 732]—Appeal by the defendant from an order of the Supreme Court, Kings County (Chambers, J.), dated November 29, 2001, which, after a hearing pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination designating him a level three sex offender was supported by clear and convincing evidence, and therefore, should be not disturbed (*see* Correction Law § 168-n [3]; *People v Cureton,* 299 AD2d 532 [2002]; *People v Bottisti,* 285 AD2d 841 [2001]). Santucci, J.P., Florio, Krausman and Schmidt, JJ., concur.